FARBRO CORPORATION, Appellant, *v.* A. F. A. REALTY CORPORATION, Respondent, Impleaded with Others.

(Argued October 6, 1936; decided October 20, 1936.)

*Charles H. Street* for appellant.

*Benjamin Reass* and *Warren M. Caro* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; CRANE, Ch. J., dissents on the ground that there can be no laches in applying for a remedy when the decisions of the court caused the delay. (See 250 N. Y. 262, 588; 261 N. Y. 24.)